UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  
    Tonci Tomasic

Debtor(s)

Case No. 13-33313-H1

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David G. Peake, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/12/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | Unsecured | NA | 716.01 | 716.01 | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Unsecured | NA | 940.22 | 940.22 | 0.00 | 0.00 |
| OBED DE LA CRUZ | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 17,325.00 | 17,325.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $17,325.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,325.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,656.23** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/15/2013                         By: /s/ David G. Peake
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                       Case No. 13-33313-mi
Tonci Tomasic                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: dhan              Page 1 of 2              Date Rcvd: Jul 15, 2013
                              Form ID: pdf012         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2013.
```
db         +Tonci Tomasic,    15207 Redwood Run Ct.,    Houston, TX 77062-3639
8498441    +Bank of America N.A.,    Loss/Recovery,    P O Box 982284,    El Paso, TX 79998-2284
8509778    +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
8522016    +Francisco Moreno,    c/o Obed DeLaCruz,    Markle DeLaCruz, LLP,    17100 El Camino Real, Suite 500,
             Houston, Texas 77058-2795
8493679    +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8490320        E-mail/Text: cio.bncmail@irs.gov Jul 15 2013 22:08:34
               INTERNAL REVENUE SERVICE (Chapter 13 Notice),    P O Box 7346,    Philadelphia PA 19101-7346
                                                                                                 TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0541-4          User: dhan              Page 2 of 2              Date Rcvd: Jul 15, 2013
                              Form ID: pdf012         Total Noticed: 6


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2013 at the address(es) listed below:
              C Michael Black   on behalf of Debtor Tonci  Tomasic cmb@cmblack-lawyer.com
              David G Peake    court@peakech13trustee.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                          TOTAL: 3
```